1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM ALLAN REGAN,,

            Plaintiff,

      v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS,, *et al.*,

            Defendants.

Case No.  C04-5360FDB

ORDER GRANTING
PLAINTIFF'S MOTION FOR
EXTENSION OF  TIME TO FILE
HIS AMENDED COMPLAINT

The Court, having considered plaintiff's Motion for Extension of Time (Dkt. # 26), plaintiff's Motion to Stay (Dkt. # 29)  and the records and files herein, does hereby find and ORDER:

(1) Plaintiff's motion for an extension of time to file his amended complaint is GRANTED.  The court notes the Amended Complaint has already been filed and thus the motion appears moot, however, the court granted the motion to ensure the parties that plaintiff was granted leave to file the Amended Complaint.  Likewise, plaintiff's motion to stay the matter until his transfer to another DOC facility is complete is DENIED, as being moot, since he has already been transferred to the facility in Monroe.

(2) After the court clerk has received defendants' Answer to the Amended Complaint, the court will issue a pretrial scheduling order.

(3) The Clerk is directed to send uncertified copies of this Order to Plaintiff at his new address
      DATED this 22nd day of July, 2005.

                                                            */s/ J. Kelley Arnold*
                                                            J. KELLEY ARNOLD
                                                            United States District Magistrate Judge