UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM A. REGAN,

        Plaintiff,

    v.

DEPARTMENT OF CORRECTIONS, *et al.*,

        Defendant.

Case No.  C04-5360FDB

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

The Court, having reviewed plaintiff's motion to dismiss his complaint , the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and the remaining record, does hereby find and ORDER.

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's motion (Dkt. #35) is GRANTED and the causes of action are DISMISSED without prejudice.

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

DATED this 8th day of March 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1